**Order entered March 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01358-CV

### JUAN CRUZ, Appellant

### V.

### DEUTCHE BANK NATIONAL TRUST, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04351-C**

## ORDER

The reporter's record in this case is overdue. By postcard dated December 22, 2014, we notified the official court reporter for County Court at Law No. 3 that the reporter's record was overdue. We directed the court reporter to file the record within thirty days. To date, we have not received any response.

Accordingly, we **ORDER** Court Reporter Janet Wright to file, within **FIFTEEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that no hearings were recorded; or (3) written verification that appellant has not requested or made payment arrangements for the record. *We notify appellant that if we receive verification he has not requested, paid for, or made*

*arrangements to pay for the reporter's record, we will order the appeal submitted without the reporter's record.  See* TEX. R. APP. P. 37.3(c).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE